IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Watts, Shellisha

Printed: 10/2/07

Case Number: 07 B 00208
Judge: Hollis, Pamela S
Filed: 1/5/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: August 20, 2007
Confirmed: February 26, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,571.00 |  |
| Secured: |  | 3,545.94 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 781.71 |
| Trustee Fee: |  | 243.35 |
| Other Funds: |  | 0.00 |
| Totals: | 4,571.00 | 4,571.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Damita G Buffington & Associates | Administrative | 2,324.00 | 781.71 |
| 2. | Jeffro Furniture Company | Secured | 0.00 | 0.00 |
| 3. | Capital One Auto Finance | Secured | 30,568.40 | 3,545.94 |
| 4. | Capital One Auto Finance | Unsecured | 0.00 | 0.00 |
| 5. | Asset Acceptance | Unsecured | 55.61 | 0.00 |
| 6. | B-Line LLC | Unsecured | 83.27 | 0.00 |
| 7. | Plains Commerce Bank | Unsecured | 24.33 | 0.00 |
| 8. | Nationwide Acceptance Corp | Unsecured | 183.68 | 0.00 |
| 9. | Verizon Wireless | Unsecured | 161.30 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured | 51.00 | 0.00 |
| 11. | Internal Revenue Service | Priority |  | No Claim Filed |
| 12. | Collection | Unsecured |  | No Claim Filed |
| 13. | Aspen/Fb&T | Unsecured |  | No Claim Filed |
| 14. | Superior Asset Management | Unsecured |  | No Claim Filed |
| 15. | Corporate Collection Service | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 33,451.59 | $ 4,327.65 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4.8% | 27.86 |
| 5.4% | 215.49 |
|  | _____ |
|  | $ 243.35 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Watts, Shellisha

Printed:  10/2/07

Case Number:  07 B 00208
Judge:  Hollis, Pamela S
Filed:  1/5/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_